

# Fourth Court of Appeals
## San Antonio, Texas

November 24, 2014

No. 04-14-00540-CV

Levi and Michelle **MCKENZIE**,
Appellant

v.

**COMMUNITY NATIONAL BANK**,
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 13-05-21843-CV
The Honorable Camile G. Dubose, Judge Presiding

# O R D E R

Panel:      Karen Angelini, Justice
                 Sandee Bryan Marion, Justice
                 Marialyn Barnard, Justice

After considering appellants' motion for rehearing and the response filed by appellee, we GRANT appellant's motion for rehearing, WITHDRAW our opinion and judgment of October 29, 2014, and REINSTATE this appeal on the docket of this court. The docketing statement filed by Appellants indicates there is no reporter's record. Therefore, we ORDER appellants to file their brief on or before December 29, 2014.

It is so **ORDERED** on November 24, 2014.          PER CURIAM

ATTESTED TO:

_____
Keith E. Hottle
Clerk of Court

